UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 16-23322-CIV-MORENO
(05-20235-CR-MORENO)

MARCOS GAMINO,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING MOVANT'S MOTION TO VACATE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255, filed on **August 3, 2016** and supplemented by counsel on September 19, 2016. The Magistrate Judge filed a Report and Recommendation **(D.E. 16)** on **August 29, 2017**. No objections to the Report and Recommendation were filed. The Court has reviewed the entire file and record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge White's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255 is DENIED. It is further

**ADJUDGED** that no certificate of appealability issue.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of September 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Patrick A. White
Counsel of Record